*Abbra L Green v State of Hawaii*   |   *All Rights Reserved*   |   *In Propria Persona*

Austin D Martin 16-566 Keaau-Pahoa Road;  Suite 188-736  Keaau HI 96749  Tel:940-368-0364

Abbra L Green, 16-566 Keaau-Pahoa Road;  Suite 188-736  Keaau HI 96749  Tel:940-735-4840

# IN THE UNITED STATES DISTRICT COURT ,

### DISTRICT OF HAWAII

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
11 Oct. 2022 5:38 PM lrs
John A. Mannle, Clerk of Court
```

| | |
|---|---|
| **PARTIES:** ) | Civil No.: 22-00444-DKW-KJM |
| **1. Abbra L Green** - a natural Person ) | |
| residing at 16-566 Keaau Pahoa Rd, ) | **1). VERIFIED NOTICE OF REMOVAL** |
| #188-736, Hawaii County, Hawaii ) | **2). MOTION FOR DECLARATORY** |
| **In special appearance**: ) | **JUDGMENT WITH PROPOSED ORDER** |
| **2. Austin D Martin,** Advocate, Husband ) | **3). EXHIBIT LIST AND EXHIBITS;** |
| of Petitioner, Affected Party, Witness, a ) | A. "EXHIBIT A": DECLARATION OF |
| Natural Person residing at 16-566 Keaau ) | AUSTIN MARTIN IN SUPPORT |
| Pahoa Rd, #188-736, Hawaii County, ) | OF CAUSE OF ACTION |
| Hawaii ) | B. "EXHIBIT B": ("2065 |
| **Petitioners** ) | downloaded"); w/ STATEMENT OF |
| v. ) | FACTUAL AND PROCEDURAL |
| **The Honorable M. Kanani Laubach,** ) | HISTORY IN SUPPORT OF |
| Individually and in her official capacity ) | DECLARATION |
| as Judge of the District Court of Hawaii ) | C. "EXHIBIT C" SUPPLEMENTAL |
| County, presiding at Hale Kaulike, 777 ) | STATEMENT(S) IN SUPPORT |
| Kilauea Avenue, Hilo, Hawai`i ) | D. MEMORANDUM OF POINTS |
| 96720-4212, **et all.** ) | AND AUTHORITIES (and Request |
| **Respondent**(s) ) | for Judicial Notice) |

*Abbra L Green v State of Hawaii   |   All Rights Reserved   |   In Propria Persona*

## Section 1:   Jurisdiction  & Notice of Removal

**Section 1.1 - Grounds for Removal:**  The Petitioners request removal of the alleged action, **3DCW-21-0002065**, "*State of Hawaii v Abbra L Green*", pleading federal jurisdiction, pursuant to Article III § 2 which extends the jurisdiction to cases arising under the U.S. Constitution, and pursuant to USC 42 § 1443, for ongoing violations of fundamental law, including the 14th, 10th, 5th, 4th, and 1st Amendment rights of the US Constitution by the Respondent under color of law. Petitioners aver that Respondent engaged in an unbroken pattern of intentional acts, errors, and omissions which violated the Petitioners' rights, motivated by discrimination and prejudice against the Petitioners' racial, religious, political, marital, sexual, and/or socioeconomic status. Respondent was acting in her capacity as a judge in the District Court of Hawaii County, and did knowingly work in concert with other parties to suppress dispositive facts which were exculpatory in nature. The prosecution surrendered their cause in a related case, but the Respondent has knowingly chosen to continue the unbroken pattern of  "errors and omissions" against the Petitioner anyway.

Signed Electronically on Saturday October 10th, 2022 in Hilo, Hawaii

/s/ Abbra L Green   |   Print: Abbra L Green  |  /s/ Austin D Martin |  Print: Austin Martin

All Rights Reserved   |   16-566 Keaau-Pahoa Rd.#188-736, Keaau, HI 96771   |   (940) 368-0364   |   siloamtradingcompany@gmail.com

## Section 2:   Cause of Action

**2.1  Legal Authority:**   US Constitution Amendment 5 & 14;   See also attached document "**Memorandum of Points and Authorities**" filed by Petitioner

**2.2   Legal Theory:**   The intended theory and purpose of this cause of action is to admit the extrinsic dispositive fact(s). The Petitioners aver that they have been unable to enforce their right to due process in the underlying action. All requests for discovery were treated as nullities and met with nonfeasance even as the matter was advanced illegally without juris.  (See "EXHIBIT A", "EXHIBIT C"). All this gives rise to the collateral issue, which, if not resolved, merits could not be reached.

**2.3 Background and Argument:** In the underlying action(s) which give rise to the collateral issue, which gives rise to the above numbered and styled cause of action, the Petitioners sought to uphold their right by admitting the dispositive fact(s) which were exculpatory and extrinsic, via discovery requests. (See "EXHIBIT A").  The Petitioners were unable to enforce their rights through any means, with the court even declining without a ruling on several occasions to take mandatory requests for judicial notice and repeatedly avoided statements which were directly pertaining to the extrinsic facts. In accordance with the Evidence Code, if the issue is raised and there is no direct opposition, the statement is now an Uncontested Fact

and would be subject to a Conclusive Presumption. Nevertheless, the Respondent maintains a bench warrant against Petitioner Abbra L Green, which cannot be cleared without injury or prejudice to defense.

**2.3** **Conclusion:** Therefore the Petitioners' aver and request that the underlying alleged cause of action should be removed pursuant to 42 USC § 1443, and that the attached motion for declaratory judgement pursuant to FRCP rule 57 and 28 USC § 2201 should be granted to terminate the controversy and admit the dispositive fact. In this cause of action, the Petitioners are requesting nothing more than to simply admit the gravamen of the complaint as a fact in evidence. Without the uncontested, extrinsic facts admitted as a fact in evidence, there can be no defense against the elements, and the end result would be like a trial-by-ambush at all stages of proceedings. Petitioners are asking this honorable court to admit the dispositive fact as a fact in evidence so that merits can ultimately be reached.

Signed Electronically on Saturday October 10th, 2022 in Hilo, Hawaii

/s/ Abbra L Green   |   Print: Abbra L Green   |   /s/ Austin D Martin  |   Print: Austin Martin

All Rights Reserved   |   16-566 Keaau-Pahoa Rd.#188-736, Keaau, HI 96771   |

(940) 368-0364   |   siloamtradingcompany@gmail.com

# Motion For Declaratory Judgement Without Relief

Petitioners respectfully move this honorable court, pursuant to FRCP Rule 57 & 18 USC § 2201, for a ruling without relief on the extrinsic evidence, that dispositive facts were kept extrinsic with intention. Standing for cause may depend on the admission of the fact, for which petitioners have been unable to secure any ruling. Petitioners request a ruling on extrinsic evidence, that the extrinsic fact be admitted as a fact in evidence. The Petitioners respectfully request this honorable court to grant declaratory judgment in favor of the Petitioners to admit the extrinsic evidence as a fact in evidence to resolve the controversy.

## Costs of Court and Attorney's Fees:

The Petitioners request that all costs be borne by the party who incurred them. Petitioner seeks **no monetary relief** of any kind until after the collateral uncertainty is resolved, unless this honorable court determines some measure to be necessary to serve the public good, the interests of justice, and/or the health of the judiciary. The Petitioners reserve their right to future remedies for damages.

Signed Electronically on Saturday October 8th, 2022 in Hilo, Hawaii

/s/ Abbra L Green   |   Print: Abbra Green

/s/ Austin D Martin   |   Print: Austin Martin

All Rights Reserved   |   16-566 Keaau-Pahoa Rd.#188-736, Keaau, HI 96771   |

(940) 368-0364   |   siloamtradingcompany@gmail.com

*Abbra L Green v State of Hawaii*   |   *All Rights Reserved*   |   *In Propria Persona*

# Proposed Order and Declaration

It is therefore ordered, adjudged, and decreed that this court grants this petition to remove pursuant to USC 42 § 1443, and attached motion for declaratory judgement to admit the extrinsic evidence and dispositive fact as a fact in evidence, pursuant to 28 U.S. Code § 2201 & FRCP Rule 57.

**Declaration**:   The facts pertaining to the "Notice of Hearing" in 3DCW-21-0002065 *State of Hawaii v Abbra L Green*, which would resolve the controversy between parties are extrinsic and were suppressed with intention by the Respondent.

Statements were made repeatedly by Petitioners Abbra Green and Austin Martin, and were avoided with intention. This subjects the avoided statements to conclusive presumption, and the fact is therefore admitted as a fact in evidence.

**Signature of Presiding Judge:**

X_____

United States District Court Judge Presiding

On this _____ day of _____, in the Year 2022