*Abbra L Green v State of Hawaii*  |  *All Rights Reserved*  |  *In Propria Persona*

Austin D Martin 16-566 Keaau-Pahoa Road;  Suite 188-736  Keaau HI 96749  Tel:940-368-0364

Abbra L Green, 16-566 Keaau-Pahoa Road;  Suite 188-736  Keaau HI 96749  Tel:940-735-4840

# IN THE UNITED STATES DISTRICT COURT ,

## DISTRICT OF HAWAII

| PARTIES: | ) | Civil No.: 22-00444-DKW-KJM |
|---|---|---|
| **1. Abbra L Green** -  a natural Person residing at 16-566 Keaau Pahoa Rd, #188-736, Hawaii County, Hawaii | ) ) ) ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII Oct 16, 2022 9:40 p.m. John A. Mannle, Clerk of Court |
| **In special appearance**: | ) | |
| **2. Austin D Martin,** Advocate, Husband of Petitioner, Affected Party, Witness, a Natural Person residing at 16-566 Keaau Pahoa Rd, #188-736, Hawaii County, Hawaii | ) ) ) ) ) | **1.)** Notice of Filing, Correspondence, and Service |
| **Petitioners** | ) | |
| v. | ) | **2.)** Certificate of Service |
| **The Honorable M. Kanani Laubach,** Individually and in her official capacity as Judge of the District Court of Hawaii County, presiding at Hale Kaulike, 777 Kilauea Avenue, Hilo, Hawai`i 96720-4212, **et all.** | ) ) ) ) ) ) ) | |
| **Respondent**(s) | ) | |

*Abbra L Green v State of Hawaii*   |   *All Rights Reserved*   |   *In Propria Persona*

## Notice of Filing, Correspondences, and Service

Please take notice that court-filed documents in the above numbered and styled cause of action have been filed into the Hawaii State Court e-filing system, "JEFS", with notice that an action has been commenced in this court. Additional copies and document drop-off receipts are available to the parties upon request. Correspondences have also been sent to the Respondent through JEFS proposing to meet and confer to avoid unnecessary litigation. Notice of submission of application of request to proceed without prepayment fees was also included in the correspondences. An immaterial typo was discovered in the signature line of one or more correspondence documents filed into the state court on 10/16/2022 which unintentionally reflects the wrong date and/or day of the week associated with the date; petitioners offer correction here. Copies available on request.     **Documents filed**: 1.) "Verified Notice of Removal" & Petition W/exhibits; 2.) Attachment "Exhibit B" "2065 downloaded"; 3.) Deficiency Order; 4.) Rule 16 Scheduling Conference Order; and 5.) "Emergency Ex-Parte Letter of Concern".

Signed Electronically on Sunday, October 16th, 2022 in Hilo, Hawaii
| /s/ Abbra L Green | Print: Abbra L Green | /s/ Austin D Martin | Print: Austin Martin
All Rights Reserved   |   16-566 Keaau-Pahoa Rd.#188-736, Keaau, HI 96771   |
(940) 368-0364    |    siloamtradingcompany@gmail.com

*Abbra L Green v State of Hawaii  |  All Rights Reserved  |  In Propria Persona*

## Certificate of Service

I, the undersigned, certify that on or before Sunday, October 16th, 2022, I served the above referenced documents on the Respondent in the State Court by electronic service through JEFS into the state court case no.: 3DCW-21-0002065. Document drop-off receipts from the filing system are available upon request. Additional copies for parties are available on request.

Signed Electronically on Sunday, October 16th, 2022 in Hilo, Hawaii

/s/ Austin D Martin |  Print: Austin Martin

All Rights Reserved  |  16-566 Keaau-Pahoa Rd.#188-736, Keaau, HI 96771  |  (940) 368-0364  |  siloamtradingcompany@gmail.com